Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | DAVID WAYNE FRASER |
| **Docket Number:** | 1:07CR00077-01 LJO |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | January 18, 2008 |
| **Original Offense:** | 21 USC 841 (a)(1), Distribution of Methamphetamine (CLASS B FELONY) |
| **Original Sentence:** | 70 Months Bureau of Prisons; 60 months supervised release; $100 special assessment; mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) Pager/cellular phone; 4) Drug/alcohol treatment; 5) Drug/alcohol testing; 6) After-care co-payment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/27/2011 |
| **Assistant U.S. Attorney:** | Dawrence W. Rice, Jr.   **Telephone:** 559-497-4000 |
| **Defense Attorney:** | Francine Zepeda   **Telephone:** 559-487-5561 |
| **Other Court Action:** | |
| <u>**03/12/2012:**</u> | Probation Form 12A, Report of Non-compliance, alleging use of methamphetamine. The court approved plan to increase drug testing and substance abuse counseling. |

RE: David Wayne FRASER
   Docket Number: 1:07CR00077-01 LJO
   **PETITION TO MODIFY THE CONDITIONS OR TERM
   OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

1. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:** On October 21, 2012, the offender was arrested by a Clovis Police officer for driving under the influence of alcohol. The circumstances of the offense involve the offender driving a friend home after an evening out. The offender stated that he and his friends had a designated driver all evening. However, when they returned to his friends house, where they were all planning to stay the night, the designated driver began drinking alcohol. Later in the evening, one of the friends decided not to stay the night and needed a ride home, so the offender decided to take him home. After dropping off the friend and returning to the residence, the offender drove over a small tree stump and through some pot holes. When questioned by the police officer, the offender stated "I'm drunk." A breath test was taken and the offender registered a .12 and .11 BAC, respectively. The offender was arrested and transported to the Fresno County jail.

On October 22, 2012, the offender reported the arrest to the probation officer. On October 26, 2012, he stated he was "burying his sorrows" over the break-up with his girlfriend. He understands he made a very big mistake by agreeing to take his friend home after he had been drinking.

Prior to the offender's arrest, he had been preforming satisfactorily on supervised release. He recently completed the drug testing program and substance abuse counseling sessions had been reduced. He was living with his mother and her boyfriend in a hotel room and has been working full-time the past 15 months.

As a result of the violation conduct, the probation officer admonished the offender and placed him back in drug testing, increased his substance abuse counseling sessions, ordered him to attend two

Rev. 02/2012
2
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

RE:    David Wayne FRASER
       Docket Number:  1:07CR00077-01 LJO
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

AA meetings weekly, and directed him to abstain from alcohol. The offender has no objection to adding the special condition that he abstain from the use of alcohol. He has signed the Waiver of Hearing to Modify Conditions of Supervised Release form, which is attached for the Court's consideration.

                              Respectfully submitted,

                              /s/ Leighann L. Milford

                              **LEIGHANN L. MILFORD**
                              **Senior United States Probation Officer**
                              Telephone:  559-499-5724

**DATED:**    November 1, 2012
              Fresno, California
              LLM


**REVIEWED BY:**    /s/ Hubert J. Alvarez
                    **HUBERT J. ALVAREZ**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( x )   Modification approved as recommended.

cc:     United States Probation
        Dawrence W. Rice, Jr., Assistant United States Attorney
        Francine Zepeda, Assistant Federal Defender
        Defendant
        Court File
IT IS SO ORDERED.

**Dated:   November 14, 2012**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE